# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DON E. BRICE | § |
| | § Civil Action No. 4:19-CV-426 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Don E. Brice's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (Dkt. #15) and the Commissioner's Response (Dkt. #17), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #15) is **GRANTED**, and the Commissioner is directed to pay five thousand, seven hundred ($5,700.00) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.
SIGNED this 10th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE